In the Matter of BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC. JOHN H. SCHULZE, an Attorney.— Motion by the Bar Association of Nassau County to discipline respondent, an attorney, will be held in abeyance, in view of the accompanying decision on respondent's cross motion. Cross motion by respond-

ent, based on his special appearance, to dismiss petition denied. Respondent's time to serve and file his answer to the petition is extended until ten days after the entry of the order hereon. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.